James X. Bormes (*pro hac vice* admission pending)
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

Thomas M. Ryan (*pro hac vice* admission pending)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
Tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kendra Brackens and Roquel Davidson, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>First American Home Warranty, Inc.,<br><br>Defendant. | No.: CV-18-04234-PHX-SRB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Please take Notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Kendra Brackens and Roquel Davidson, hereby voluntarily dismiss this action without prejudice.

DATED this 24th day of February 2019

**LAW OFFICE OF JAMES X. BORMES, P.C.**

s/ James X. Bormes
(*pro hac vice* admission pending)
James X. Bormes
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com

Thomas M. Ryan
(*pro hac vice* admission pending)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
tom@tomryanlaw.com

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on February 24, 2019, he caused the foregoing Notice of Voluntary Dismissal to be filed via the CM/ECF system, which will service Notice of such filing upon all counsel of record.

                                         /s/ James X. Bormes
                                         Attorney for Plaintiff